**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO. 4:17-cv-10092-JLK

CHABAD OF KEY WEST, INC., and
CHABAD OF THE SPACE COAST, INC.,

Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, WILLIAM B. LONG, Administrator of the Federal Emergency Management Agency, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, and WES MAUL, Interim Director of the Florida Division of Emergency Management,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Federal Defendants hereby move the Court for a two-week extension of time to respond to Plaintiffs' Complaint. The Federal Defendants' current response deadline is February 9, 2018, and the requested extension would move this deadline to February 23, 2018. Good cause exists for this request.

1. On December 4, 2017, Plaintiffs commenced this lawsuit seeking to enjoin the Federal Emergency Management Agency's (FEMA) policy of excluding facilities established or primarily used for religious activities from eligibility for Public Assistance (PA) grants. *See* ECF No. 1.

2. In January 2018, FEMA issued a revised PA grant policy that does not exclude facilities "from eligibility for FEMA aid on the basis of the religious character or primarily

religious use of the facility." *See* 2018 FEMA Public Assistance Program and Policy Guide at vii, *available at* https://www.fema.gov/media-library-data/1515614675577-be7fd5e0cac814441c313882924c5c0a/PAPPG_V3_508_FINAL.pdf. This revised policy supersedes the policy challenged in this lawsuit. *See id.*

3. FEMA is currently processing Plaintiffs' PA grant applications under the revised policy.

4. The Federal Defendants request an extension of time because of the likelihood that this case can be dismissed as moot without the need for motions practice.

5. Undersigned counsel has conferred with counsel for Plaintiffs who do not oppose this request.

For the foregoing reasons, the Federal Defendants respectfully request that the Court extend the Federal Defendants' responsive pleading deadline to February 23, 2017. A proposed order is attached to this motion and will be emailed to Chambers.

Dated: February 2, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BENJAMIN G. GREENBERG
United States Attorney

LESLEY R. FARBY
Assistant Director, Federal Programs Branch

/s/ *Kari E. D'Ottavio*
KARI E. D'OTTAVIO (A5502365)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Tel: (202) 305-0568
Fax: (202) 616-8470

Email: kari.e.d'ottavio@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 2, 2018 on all counsel for all parties of record on the Service List below.

/s/ *Kari E. D'Ottavio*
Kari E. D'Ottavio

**Service List**

Diana M. Verm
Eric C. Rassbach
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Tel: (202) 955-0095
Email: dverm@becketlaw.org

Howard N. Slugh
Jews for Religious Liberty
2400 Virginia Ave. NW, Apt. C619
Washington, DC 20037
Tel: (954) 328-9461
Email: hslugh1@gmail.com

Isaac M. Jaroslawicz
Jaroslawicz Law Offices
1177 Kane Concourse Suite 222
Bay Harbor Islands, FL 33154
Tel: (305) 398-7739
Email: isaac@mylawyerisaac.com

*Counsel for Plaintiffs*

Nicholas Allen Primrose
Executive Office of the Governor
The Capitol Pl-209 400 S. Monroe Street
Tallahassee, FL 32399
Tel: (850) 717-9310
Email: nicholas.primrose@eog.myflorida.com

*Counsel for State Defendants*