**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO. 4:17-cv-10092-JLK

CHABAD OF KEY WEST, INC., and
CHABAD OF THE SPACE COAST, INC.,

Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, WILLIAM B. LONG, Administrator of the Federal Emergency Management Agency, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, and WES MAUL, Interim Director of the Florida Division of Emergency Management,

Defendants.

**[redacted] ORDER**

Having considered the Federal Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, and for good cause having been shown, it is hereby ORDERED that the Federal Defendants' Motion is GRANTED and that the Federal Defendants' deadline for filing a responsive pleading is February 23, 2018.

Date: 2-5-18

**HON. JAMES LAWRENCE KING**
**United States District Judge**